# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RELIGIOUS RIGHTS FOUNDATION OF PA, a Pennsylvania non-profit corporation; M.T. and G.T., individually and as the parents and natural guardians of A.T., a minor, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, Inc., | : : : |
| Defendant. | |

No.: 4:26-CV-585

## TABLE OF CONTENTS

EXHIBIT A ........................................ PIAA 2025 – 2026 Constitution and Bylaws

EXHIBIT B ........................................ 2025 – 2026 PIAA Policies and Procedures

EXHIBIT C ........................................ Consent Order Dated June 10, 2025

EXHIBIT D ........................................ Consent Order Dated January 23, 2026